# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NOW SERVICES OF NEVADA, LLC, <br><br> Defendant. | Case No. 2:17-cv-01734-JAD-CWH <br><br> **ORDER** |

This matter is before the court on the status of defendant Now Services of Nevada, LLC's efforts to retain an attorney. Defendant is a limited liability company and is not represented by an attorney.

At the hearing on July 5, 2018, the court granted defendant's former attorneys' motion to withdraw and ordered defendant to notify the court in writing of its new attorney by July 30, 2018. (Mins. of Proceedings (ECF No. 18).) Defendant has not done so. Because defendant is a limited liability company, it must be represented by an attorney in this action. *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). The court therefore will order defendant to retain an attorney if it intends to continue defending this case. Defendant's attorney must file a notice of appearance by September 7, 2018. Defendant is advised that failure to retain an attorney may result in the imposition of sanctions under LR IA 11-8 and/or Rule 16(f) of the Federal Rules of Civil Procedure.

///

IT IS THEREFORE ORDERED that defendant Now Services of Nevada, LLC must retain an attorney and that defendant's attorney must file a notice of appearance by September 7, 2018.

DATED: August 7, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE