Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA, <br><br> Plaintiffs, <br><br> vs. <br><br> NOW SERVICES OF NEVADA, LLC dba Cool Air Now dba Plumbing Repair Now, a Nevada limited liability company, <br><br> Defendant. | Case No.:  2:17-cv-01734-JAD-CWH <br><br> **ORDER GRANTING MOTION FOR ENTRY OF DEFAULT** |

Before the Court is Plaintiffs' Motion for Sanctions; Request for Entry of Default against Defendant. The Court having reviewed the Plaintiffs' Motion and being fully advised, and good cause appearing:

1

18762206

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that the Clerk of the Court is directed to enter default against Defendant Now Services of Nevada, LLC

Dated: February 15, 2019

_____
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes_____
Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes, Esq., Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiffs*

18762206