# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Trustees of the Plumbers and Pipefitters Union Local 525 Health and Welfare Trust and Plan, et al   Plaintiffs,<br><br>v.<br><br>Now Services of Nevada, LLC<br><br>                Defendant. | DEFAULT<br>JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:17-cv-01734-JAD-CWH |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered against Defendant Now Services of Nevada, LLC in favor of the Trust Funds for the Sotelo Air Judgment amount ($249,560) plus the Trust Funds' attorney's fees ($21,792) for a total of $271,352.

| | |
|---|---|
| 5/20/2019<br>Date | DEBRA K. KEMPI<br>Clerk<br><br>/s/ S. Denson<br>Deputy Clerk |

